Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000030
04-FEB-2019
07:58 AM

NO. CAAP-18-0000030

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC.
TRUST 2006-HE4 AKA DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL
I INC. TRUST 2006-HE4,MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-HE4,
Plaintiff-Appellee,
v.
FRELYN CESAR SANTELLA SIRUNO;
AGNES SONIDO SIRUNO,
Defendants-Appellants
and
EWA BY GENTRY COMMUNITY ASSOCIATION,
Defendant-Appellee,
and
DOES 1 THROUGH 20, INCLUSIVE,
Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-2325)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of Defendants-Appellants Frelyn Cesar Santella Siruno and Agnes Sonido Siruno's letter filed on January 29, 2019, which the court construes as a motion for reconsideration of the Summary Disposition Order filed on January 16, 2019, the papers in support and the record and files herein,

it appears that: (1) the Sirunos' motion for reconsideration is not timely because under Rule 40 of the Hawai'i Rules of Appellate Procedure, the motion for reconsideration must have been filed within 10 days of the Summary Disposition Order; and (2) the Sirunos' letter does not assert points of law or fact that have been overlooked by the court to support reconsideration of the Summary Disposition Order.

Therefore, IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, February 4, 2019.

Chief Judge

Associate Judge

Associate Judge